**MICHAEL J. MICELI, ESQ.**
Nevada Bar No. 10151
**PITARO & FUMO CHTD.**
601 Las Vegas Blvd. South
Las Vegas, Nevada 89101
(702) 382-9221 (702) 474-4210 fax
email: kristine.fumolaw@gmail.com
Attorney for Defendant
**DAVID ROEUM**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | |
| Plaintiff, | Case No. 2:18-CR-00390-RFB-BNW-4 |
| vs. | |
| **DAVID ROEUM**, | |
| Defendant. | |

**STIPULATION AND ORDER MODIFY PRETRIAL RELEASE TO ALLOW**

**DEFENDANT TO TRAVEL**

  **IT IS HEREBY STIPULATED AND AGREED**, by and between **ALLISON REESE, ESQ.**, Assistant United States Attorney, counsel for the United States of America, and **MICHAEL J. MICELI, ESQ.**, counsel for **DAVID ROEUM;** that Defendant's pretrial release conditions be modified as follows:

  1.  That Mr. Roeum be allowed to travel out of the District of Nevada upon approval and authorization of Pretrial Services.

  2.  That Mr. Roeum must abide by all conditions imposed by Pretrial Services on such travel.

3.     That Counsel has spoken to AUSA Allison Reese and she has no objections for Mr. Roeum's travel to Los Angeles, California from August 23, 2019 through August 25, 2019.

4.     That Counsel has spoken to Pretrial Services Emily McKillip she has no objections to modify conditions of release for travel to Los Angeles, California from August 23, 2019 through August 25, 2019.

5.     That Mr. Roeum is requesting to travel to Los Angeles, California from August 23, 2019 through August 25, 2019 to see his children.

6.     That Mr. Roeum will be staying with his sister, Saoin Roeum at 2208 Daly Street, Los Angeles, California 90031.

**DATED** this 12th day of August 2019.

__/S/_____          ___/S/_____.
**MICHAEL J. MICELI, ESQ.**          **ALLISON REESE, ESQ.**
 Nevada Bar No. 10151          Assistant United States Attorney
601 Las Vegas Blvd. South          501 Las Vegas Blvd. South,
Las Vegas, Nevada  89101          Suite 1100
Attorney for Defendant          Las Vegas, NV 89101
**DAVID ROEUM**

**IT IS SO ORDERED**.


DATED this __13th__ day of __August_____, 2019.


_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**