**MICHAEL J. MICELI, ESQ.**
**PITARO & FUMO CHTD.**
Nevada Bar No. 10151
601 Las Vegas Blvd. South
Las Vegas, Nevada 89101
(702) 382-9221 F) (702) 382-9961
Email: kristine.fumolaw@gmail.com
Attorney for Defendant
**DAVID ROEUM**

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | Case No. 2:18-CR-00390-RFB-BNW |
| Plaintiff, | |
| vs. | |
| **DAVID ROEUM**, | |
| Defendant. | |

## STIPULATION AND ORDER TO MODIFY TERMS OF PRETRIAL RELEASE

**IT IS HEREBY STIPULATED AND AGREED**, by and between **NICHOLAS A. TRUTANICH, ESQ.**, United States Attorney, and **ROBERT KNIEF**, **ESQ.**, Assistant United States Attorney, counsel for the United States of America, and **MICHAEL J. MICELI, ESQ.**, counsel for **DAVID ROEUM;** that Defendant's pretrial release conditions be modified to allow him to travel to California under the following conditions:

1. Defendant Roeum is allowed to travel to California for the purpose of visiting his family while on pretrial release; and

2. Defendant Roeum must provide his itinerary to his pretrial officer in advance of leaving Nevada to visit his family in California.

**DATED** this 9th day of December, 2019

　/s/ Michael J. Miceli, Esq.　　　　　　　　　　　　/s/ Robert Knief, Esq.　　　.

**MICHAEL J. MICELI**　　　　　　　　　　　　　　**ROBERT KNIEF, ESQ.**
Nevada Bar No. 10151　　　　　　　　　　　　　　Assistant United States Attorney
601 Las Vegas Blvd. S.　　　　　　　　　　　　　　333 Las Vegas Blvd. South
Las Vegas, Nevada 89101　　　　　　　　　　　　Las Vegas, NV 89101
Attorney for Defendant　　　　　　　　　　　　　Attorney for the United States
DAVID ROEUM

**IT IS SO ORDERED**.

DATED this 10th day of December 2019.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**